IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RONALD R. STICKA,
TRUSTEE IN BANKRUPTCY
FOR FLINTSTONE CRUSHING
AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 00-200C
(Judge Damich)

DEFENDANT'S STATUS REPORT

Pursuant to this Court's order of July 15, 2002, defendant, the United States, respectfully submits the following status report.

The bankruptcy issues have not been resolved. It is our understanding that plaintiff still contends that this case has been settled. We disagree. Currently, there is a hearing scheduled for October 9, 2003 in an adversary proceeding pending in a Chapter 7 bankruptcy in the United States Bankruptcy Court for the District of Oregon. That bankruptcy case is captioned In Re Flintstone Crushing and Construction Co., 698-65058-fra7. W. Carl Hankla of the Justice Department's Tax Division is representing the Government in that case. The main issue in the adversary proceeding is whether there has been a settlement of the present case. Mr. Hankla will be conducting depositions relating to the adversary proceeding while in Oregon for the hearing.

On July 14, 2003, this Court granted plaintiff leave to file, by October 15, 2003, a Motion for Summary Judgment to Compel a Settlement Agreement. Plaintiff has not filed such a motion in the present action. Rather, as previously indicated, plaintiff is attempting to have the bankruptcy court resolve that issue. One of the issues that the October 9, 2003 hearing is expected to address is whether the bankruptcy court is the appropriate court to decide the issue of whether there was a settlement. It is our position that it is not.

Currently, Mr. Hankla and counsel for one of the creditors in the bankruptcy proceedings, are engaged in continuing settlement discussions regarding the issue of the Government's claim to a setoff. The longer the issue of the alleged settlement remains unresolved, the less likely it is that the present matter will be resolved anytime soon.

First, the bankruptcy court has scheduled a trial in the adversary proceeding for January 2004. Thus, to the extent that the adversary proceeding is not settled or dismissed, the bankruptcy matter is not likely to be resolved for a minimum of approximately three months. Further, to the extent that either side appeals the results of the adversary proceeding, the matter is not likely to reach a final resolution for many more months.

Second, to the extent that the Government is required to continue to litigate the adversary proceeding, a settlement of

the present action will be less likely. Indeed, the longer the bankruptcy proceedings continue, the less likely settlement becomes.

Third, unless the parties in the bankruptcy can reach a settlement within a very short period of time, we will likely request that the present action be placed upon a litigation track. However, given that a hearing is scheduled for October 9, 2003, the Government believes it is appropriate to temporarily defer that decision, at least until the next status conference in the present action, which we understand will be scheduled for October 23, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Facsimile: (202) 305-3291
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

October 7, 2003

## Certificate of Filing

I hereby certify that on October 7, 2003, a copy of foregoing DEFENDANT'S STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder