# In the United States Court of Federal Claims

No. 00-200 C
(Filed: October 8, 2003)

***********************************
**RONALD R. STICKA, TRUSTEE IN BANKRUPTCY FOR FLINTSTONE CRUSHING AND CONSTRUCTION COMPANY,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
***********************************

**ORDER**

It is hereby ORDERED that the status conference scheduled for October 15, 2003 is now rescheduled for October 23 at 3 PM Eastern Time. Plaintiff may still file a Motion for Summary Judgment to Compel a Settlement Agreement on or before October 15, 2003.

All parties shall appear via telephone. Counsel for each party shall call Chief Judge Damich's judicial assistant, Carolyn Palmer-Miller, at (202) 219-1433 one business day before the conference and provide the number where he or she can be reached.

S/ Chief Judge Edward J. Damich