# In the United States Court of Federal Claims

No. 00-200 C
(Filed: November 7, 2003)

**********************************
**RONALD R. STICKA, TRUSTEE IN BANKRUPTCY FOR FLINTSTONE CRUSHING AND CONSTRUCTION COMPANY,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
**********************************

**ORDER**

It is hereby ORDERED that the stay in this case is extended until January 23, 2004. This motion is in response to a joint request of the parties at the status conference held on October 23, 2003. This stay is intended to allow the parties to work towards a mutually agreeable settlement of this case.

The parties are also ORDERED to file a status report with this court on or before January 23, 2004. The report shall outline progress made towards settlement, including dates and summaries of meetings and other activities conducted to reach a settlement.

S/ Chief Judge Edward J. Damich