IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RONALD R. STICKA, TRUSTEE IN BANKRUPTCY FOR FLINTSTONE CRUSHING AND CONSTRUCTION COMPANY, Plaintiff, | |
| v. | No. 00-200C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | |

JOINT STATUS REPORT

Pursuant to this Court's order directing the parties to file a Joint Status Report on or before January 23, 2004, the parties respectfully advise the Court of the following:

The Government, plaintiff, and Orix Financial Services, Inc. ("Orix"), which is not a party to this litigation, have conducted negotiations regarding the terms of a proposed settlement that would resolve the above-captioned case. On October 9, 2003, following discussions in Eugene, Oregon, the Government, plaintiff and Orix reached a non-binding understanding of the financial terms of a proposed settlement. Plaintiff and Orix made a formal settlement proposal on or about November 7, 2003.

On November 24, 2003, following approval by the Tax Division and the Department of Labor, the Civil Division approved the financial terms of the proposed settlement, subject to execution of a mutually acceptable settlement agreement. Thereafter, the parties engaged in further negotiations regarding certain elements of the settlement. Between January 15 and January 18, 2004, the parties resolved what they hope will be the last

outstanding issue. The Government has amended the draft settlement agreement to reflect the proposed changes. If the amended language is acceptable to all parties to the proposed agreement, it is anticipated that the agreement will be submitted for bankruptcy approval shortly.

The parties anticipate that, no later than 15 business days after the Government receives notice that the settlement agreement has been approved by the bankruptcy court, the Government will submit to the Department of Treasury or other appropriate Government agency, a request that payment be issued. Once payment has been issued, the parties will execute and file a stipulation of dismissal, with prejudice, of the complaint in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Richard P. Schroeder

JOSEPH A. YAZBECK, JR.
Yazbeck & Hanson
Wells Fargo Center
1300 SW Fifth Avenue, Ste. 2750
Portland, OR 97201
Tel: 503.227.1428
Fax: 503.227.4866
email:
jay@yazbeckhanson.com

Attorney for Plaintiff

Dated: January __, 2004

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: 202.305.7562
Fax: 202.305.3291
email:
richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: January __, 2004

Certificate of Filing

I hereby certify that on January 22, 2003, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder