# In the United States Court of Federal Claims

No. 00-200 C
(Filed: February 6, 2004)

*********************************
**RONALD R. STICKA, TRUSTEE IN BANKRUPTCY FOR FLINTSTONE CRUSHING AND CONSTRUCTION COMPANY,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
*********************************

**ORDER**

It is hereby ORDERED that the stay in this case is extended until March 5, 2004. This stay is intended to allow the parties to continue to work towards a mutually agreeable settlement of this case. If this case is not settled by March 5, 2004, the parties shall file a Joint Status Report on or by that date outlining progress made towards settlement, including dates and summaries of meetings and other activities conducted to reach a settlement.

S/ Chief Judge Edward J. Damich