IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RONALD R. STICKA, TRUSTEE IN BANKRUPTCY FOR FLINTSTONE CRUSHING AND CONSTRUCTION COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 00-200C

(Chief Judge Damich)

JOINT STATUS REPORT

Pursuant to this Court's order directing the parties to file a Joint Status Report on or before March 5, 2004, the parties respectfully advise the Court of the following:

Between January 20 and January 22, 2004, a settlement agreement was executed by the parties to this litigation, as well as by certain other parties in the related bankruptcy proceedings. On or about February 13, 2004, the bankruptcy court approved the settlement. The Government expects to forward the voucher for payment of the settlement proceeds and related documentation to appropriate Government agency on or before March 8, 2004. Once payment has been issued, the parties will execute and file a stipulation of dismissal, with prejudice, of the complaint in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

S/ Richard P. Schroeder

JOSEPH A. YAZBECK, JR.
Yazbeck & Hanson
Wells Fargo Center
1300 SW Fifth Avenue, Ste. 2750
Portland, OR 97201
Tel: 503.227.1428
Fax: 503.227.4866
email:
jay@yazbeckhanson.com

Attorney for Plaintiff

Dated: March __, 2004

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: 202.305.7562
Fax: 202.305.3291
email:
richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: March 5, 2004

Certificate of Filing

I hereby certify that on March 5, 2004, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder