IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD R. STICKA,<br>TRUSTEE IN BANKRUPTCY<br>FOR FLINTSTONE CRUSHING<br>AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-200C<br>(Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of this action, in its entirety, with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Joseph A. Yazbeck, Jr.

JOSEPH A. YAZBECK, JR.
Yazbeck & Hanson
Wells Fargo Center
1300 SW Fifth Avenue, Ste. 2750
Portland, OR 97201
Tel: 503.227.1428
Fax: 503.227.4866
email:
jay@yazbeckhanson.com

Attorney for Plaintiff

Dated: May 7, 2004

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: 202.305.7562
Fax: 202.305.3291
emal:
richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: May 6, 2004

Certificate of Filing

I hereby certify that on May 19, 2004, a copy of foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder